MADELINE HUNTER, by next friend, *vs.* JOHN H. MOUNTFORT.

Cumberland County. Decided September 23, 1918. This case has been tried before, and a verdict for the plaintiff set aside.

After the plaintiff's evidence was all in upon the present trial, a motion for nonsuit was sustained, and exceptions taken. By an inadvertence it was assumed that the testimony taken at the former trial was a part of the present case and could be considered in the exceptions before the Law Court.

But such not being the fact, the only question is, whether the plaintiff's undisputed evidence was sufficient to warrant her in having it presented to the jury. We think it was. Exceptions sustained. New trial granted. *William A. Connellan, and Harry H. Cannell,* for plaintiff. *Payson & Virgin,* for defendant.

---

LEWISTON BUICK COMPANY

*vs.*

ARTHUR W. NELKE AND LEWISTON TRUST CO., Trustee.

Androscoggin County. Decided September 23, 1918. This is an action for money had and received to recover the amount paid the defendant for an automobile alleged to have been stolen property. The case was tried and a verdict rendered in favor of the plaintiff. It is unnecessary to recite the facts, as the decision of the case depends upon precisely the same legal principle, as was involved in *Royal Insurance Company* v. *Nelke,* 117 Maine, 366. The two cases were tried at the same term of court and the exceptions were filed and allowed at the same time. A motion was filed to dismiss the exceptions for the same reasons stated in the latter case. While we think the verdict was warranted by the evidence, yet, for the reasons stated in *Royal Insurance Company* v. *Nelke,* the entry must be: Exceptions dismissed. *Ralph W. Crockett,* for plaintiff. *McGillicuddy & Morey,* for defendant. *Pulsifer & Ludden,* for trustee.